IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOSHUA ISAIAH MONEY,

    Plaintiff,

v.

C.E.R.T. SGT. STEFFAN GIBBS, et al.,

    Defendants.

CIVIL ACTION NO.: 4:23-cv-243

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's December 19, 2024, Report and Recommendation, (doc. 68), to which plaintiff has not filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 68.) Plaintiff's claims arising from alleged failures to follow internal policies, his claims arising from disputes about his proper dormitory assignment, his medical-care claims against Defendant Sheffield and "Jane Doe 2," and his First Amendment retaliation claims, are all **DISMISSED**. (See doc. 55.) His request for preliminary injunctive relief is **DENIED**. (Doc. 56.)

**SO ORDERED**, this 28th day of March, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA