AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOSHUA ISAIAH MONEY,

Plaintiff,

v.

C.E.R.T. SGT. STEFFAN GIBBS, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:23-cv-243

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated March 13, 2026, the U.S. Magistrate Judge's Report and Recommendations are adopted as the opinion of this Court. Plaintiff's Amended Complaint is dismissed and this case stands closed.

March 13, 2026
_Date_

John E. Triplett, Clerk of Court
_Clerk_

_James R. Burrell_
_(By) Deputy Clerk_

GAS Rev 10/2020